MICHAEL A. MCGILL (SBN 231613)
mmcgill@adamsferrone.com
ADAMS, FERRONE AND FERRONE
433 Park Terrace Drive, Suite 200
Westlake Village, CA 91361
Telephone: (805) 373-5900
Facsimile:  (818) 874-1382

[*Attorneys for Plaintiffs* MATT JACKSON, *et al.*]

-and-

BRUCE A. LINDSAY (SBN 102794)
bal@jones-mayer.com
JONES & MAYER
3777 North Harbor Boulevard
Fullerton, California  92835
Telephone: (714) 446-1400
Facsimile:  (714) 446-1448

[*Attorneys for Defendant* CITY OF WEST COVINA]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT JACKSON, *et al.*<br><br>             Plaintiffs,<br><br>     vs.<br><br>CITY OF WEST COVINA, *et al.*<br><br>             Defendants. | Case No.: 2:16-cv-08963-MWF(MRWx)<br><br>*Hon. Michael W. Fitzgerald*<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFFS MARCO ARREDONDO, ADAM BERGER, MIKE BROWNE, JEFFREY CHATELAIN, CHRISTOPHER DAVIS, DANIEL EMERSON, JEFF FLANAGAN, SHERARD FLORES, JAMELLE GIBBS, BRIAN GILMORE, ERIC GONZALEZ, BRENT HAMM, TODD HILLS, JOSEPH JUSTUS, LARRY KLIEWER, PAUL KRUEGER, RONNIE LUJAN, MIKE McCLUER, PATRICK McGOWAN, TERRENCE POINDEXTER, CHRIS QUINONES, JOSHUA RICHLING, ESTEBAN RODRIGUEZ, JAMES RUDROFF, ALAN SAMS, JOSEPH SILGUERO, DUSTIN WORLEY and RYAN SCHWARTZ WITHOUT PREJUDICE** |

**STIPULATION**

Plaintiffs MATT JACKSON, PETER AGUILAR, MARCO A. ARREDONDO, ADAM BERGER, KEVIN BLAND, MATTHEW BRISKIE, MIKE BROWNE, KYLE BUSBY, BRANDON CARROLL, JEFFREY CHATELAIN, SUNNY CHEN, CORY CISNEROS, CHRISTOPHER DAVIS, BRIAN DE LA CRUZ, DANIEL EMERSON, JEFF FLANAGAN, SHERARD FLORES, CARLOS GALVEZ, JAMELLE GIBBS, BRIAN GILMORE, ERIC GONZALEZ, JUSTIN GOODEY, MICHAEL HAMBEL, GUY HAMILTON, BRENT E. HAMM, KYLE HARGROVE, BRYAN HAUSER, PETER HECTOR, TODD E. HILLS, ERIK ISAMBERT, JOSEPH JUSTUS, LARRY TODD KLIEWER, PAUL KRUEGER, GREG LAFLEUR, BRIAN LAGARCE, JOHN LAZETTE, RONNIE LUJAN, WILLIAM B. MANSOUR, DAVID MATYAS, CURTIS MCCART, MIKE MCCLUER, PHIL MCCULLOUGH, PATRICK MCGOWAN, BRENT MEIER, HARDY MOSLEY, TERRY PAREDEZ, TERRENCE POINDEXTER, CHRISTOPHER QUINONES, JOSHUA RICHLING, ANDY ROBERTSON, JASON ROBLES, ESTEBAN RODRIGUEZ, JAMES S. RUDROFF, ALAN SAMS, STEVEN SEEBA, JOSEPH SILGUERO, TODD D. SMITH, TODD STOWE, SEAN WISE, DUSTIN WORLEY, DANIEL KOHLER and RYAN SCHWARTZ and Defendant CITY OF WEST COVINA (collectively referred to hereinafter as the "Parties"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Parties reached an agreement in principal to resolve the case on or about November 29, 2018, subject to a written settlement agreement;

WHEREAS, the Parties have prepared a written settlement agreement;

WHEREAS, the Parties have determined that the claims of Plaintiffs MARCO ARREDONDO, ADAM BERGER, MIKE BROWNE, JEFFREY CHATELAIN, CHRISTOPHER DAVIS, DANIEL EMERSON, JEFF FLANAGAN, SHERARD FLORES, JAMELLE GIBBS, BRIAN GILMORE,

1. ERIC GONZALEZ, BRENT HAMM, TODD HILLS, JOSEPH JUSTUS, LARRY
2. KLIEWER, PAUL KRUEGER, RONNIE LUJAN, MIKE McCLUER, PATRICK
3. McGOWAN, TERRENCE POINDEXTER, CHRIS QUINONES, JOSHUA
4. RICHLING, ESTEBAN RODRIGUEZ, JAMES RUDROFF, ALAN SAMS,
5. JOSEPH SILGUERO, DUSTIN WORLEY and RYAN SCHWARTZ against the
6. Defendant CITY OF WEST COVINA should be dismissed without prejudice.
7.     NOW THEREFORE, the Parties, through their undersigned counsel of
8. record, hereby stipulate as follows:
9.     **IT IS HEREBY STIPULATED** that the claims of Plaintiffs MARCO
10. ARREDONDO, ADAM BERGER, MIKE BROWNE, JEFFREY CHATELAIN,
11. CHRISTOPHER DAVIS, DANIEL EMERSON, JEFF FLANAGAN, SHERARD
12. FLORES, JAMELLE GIBBS, BRIAN GILMORE, ERIC GONZALEZ, BRENT
13. HAMM, TODD HILLS, JOSEPH JUSTUS, LARRY KLIEWER, PAUL
14. KRUEGER, RONNIE LUJAN, MIKE McCLUER, PATRICK McGOWAN,
15. TERRENCE POINDEXTER, CHRIS QUINONES, JOSHUA RICHLING,
16. ESTEBAN RODRIGUEZ, JAMES RUDROFF, ALAN SAMS, JOSEPH
17. SILGUERO, DUSTIN WORLEY and RYAN SCHWARTZ in the above-
18. captioned action be disposed of as follows:
19.     That this Honorable Court order that Plaintiffs MARCO ARREDONDO,
20. ADAM BERGER, MIKE BROWNE, JEFFREY CHATELAIN, CHRISTOPHER
21. DAVIS, DANIEL EMERSON, JEFF FLANAGAN, SHERARD FLORES,
22. JAMELLE GIBBS, BRIAN GILMORE, ERIC GONZALEZ, BRENT HAMM,
23. TODD HILLS, JOSEPH JUSTUS, LARRY KLIEWER, PAUL KRUEGER,
24. RONNIE LUJAN, MIKE McCLUER, PATRICK McGOWAN, TERRENCE
25. POINDEXTER, CHRIS QUINONES, JOSHUA RICHLING, ESTEBAN
26. RODRIGUEZ, JAMES RUDROFF, ALAN SAMS, JOSEPH SILGUERO,
27. DUSTIN WORLEY and RYAN SCHWARTZ be dismissed as Plaintiffs in the
28. ///

case without prejudice pursuant to rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

    That the clerk of the Court dismisses Plaintiffs MARCO ARREDONDO, ADAM BERGER, MIKE BROWNE, JEFFREY CHATELAIN, CHRISTOPHER DAVIS, DANIEL EMERSON, JEFF FLANAGAN, SHERARD FLORES, JAMELLE GIBBS, BRIAN GILMORE, ERIC GONZALEZ, BRENT HAMM, TODD HILLS, JOSEPH JUSTUS, LARRY KLIEWER, PAUL KRUEGER, RONNIE LUJAN, MIKE McCLUER, PATRICK McGOWAN, TERRENCE POINDEXTER, CHRIS QUINONES, JOSHUA RICHLING, ESTEBAN RODRIGUEZ, JAMES RUDROFF, ALAN SAMS, JOSEPH SILGUERO, DUSTIN WORLEY and RYAN SCHWARTZ as Plaintiffs in the case without prejudice.

DATED: March 13, 2019    ADAMS, FERRONE & FERRONE, APLC

/s/ MICHAEL A. MCGILL
MICHAEL A. MCGILL (SBN 231613)
mmcgill@adamsferrone.com
4333 Park Terrace Drive, Suite 200
Westlake Village, California 91361
Telephone: (805) 373-5900
Facsimile: (818) 874-1382

[*Attorneys for Plaintiffs*, MATT JACKSON, *et al.*]

DATED: March 13, 2019    JONES & MAYER

/s/ BRUCE A. LINDSAY
BRUCE A. LINDSAY (SBN 102794)
bal@jones-mayer.com
JONES & MAYER
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448

[*Attorneys for Defendant*, CITY OF WEST COVINA]

-4-
STIPULATED DISMISSAL

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

  I, Michael A. McGill, do hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

          /s/ MICHAEL A. MCGILL
          MICHAEL A. MCGILL